UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARTHUR VIOLA,
    Plaintiff,

v.    CIVIL ACTION NO. 04 11523 PBS

GENERAL MOTORS CORPORATION,
    Defendant.

## DEFENDANT'S LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, General Motors Corporation makes the following corporate statement:

General Motors has no parent corporation and no publicly held company owns 10% or more of General Motors stock.

Respectfully submitted,
**GENERAL MOTORS CORPORATION**
By its Attorneys,

_____
Richard P. Campbell, BBO #071600
Steven M. Key, BBO #638145
Campbell Campbell Edwards & Conroy,
Professional Corporation
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

Dated: July 7, 2004

## CERTIFICATE OF SERVICE

I, Steven M. Key, hereby certify that I have served a true copy of the above document by first class mail, postage prepaid, to John C. Manoog, III, at his office located at 450 South Street, Hyannis, MA 02601 this 7th day of July, 2004.

_____
Steven M. Key