UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARTHUR VIOLA,<br>      Plaintiff,<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br>      Defendant. | )<br>)<br>)<br>) CIVIL ACTION NO. 04-11523 (PBS)<br>)<br>)<br>)<br>) |

### GENERAL MOTORS CORPORATION'S ANSWER TO COMPLAINT, SEPARATE DEFENSES AND JURY CLAIM

### ANSWER

1. General Motors Corporation is without sufficient information to admit or deny the allegations made in paragraph 1 of the plaintiff's complaint.

2. Admit that General Motors Corporation is a foreign corporation. Deny all other allegations made in paragraph 2.

3. Admit

4. General Motors restates and incorporates herein by reference its responses to paragraphs 1-3 heretofore stated.

5. General Motors Corporation is without sufficient information to admit or deny the allegations made in paragraph 5 of the plaintiff's complaint.

6. General Motors Corporation admits that it manufactures, in part, Chevrolet C150 pickup trucks. General Motors is without sufficient information to admit or deny the remaining allegations made in paragraph 6 of the plaintiff's complaint.

7. General Motors Corporation is without sufficient information to admit or deny the allegations made in paragraph 7 of the plaintiff's complaint.

8. General Motors Corporation is without sufficient information to admit or deny the allegations made in paragraph 8 of the plaintiff's complaint.

9. General Motors Corporation is without sufficient information to admit or deny the allegations made in paragraph 9 of the plaintiff's complaint.

10. General Motors Corporation is without sufficient information to admit or deny the allegations made in paragraph 10 of the plaintiff's complaint.

11. General Motors Corporation is without sufficient information to admit or deny the allegations made in paragraph 11 of the plaintiff's complaint.

## COUNT I

12. General Motors restates and incorporates herein by reference its responses to paragraphs 1-11 heretofore stated.

13. General Motors Corporation is without sufficient information to admit or deny the allegations made in paragraph 13 of the plaintiff's complaint.

14. General Motors Corporation is without sufficient information to admit or deny the allegations made in paragraph 14 of the plaintiff's complaint.

15. General Motors Corporation is without sufficient information to admit or deny the allegations made in paragraph 15 of the plaintiff's complaint.

16. General Motors Corporation is without sufficient information to admit or deny the allegations made in paragraph 16 of the plaintiff's complaint.

17. Denied.

18. Denied.

## SEPARATE DEFENSES

### FIRST SEPARATE DEFENSE

The plaintiff fails to state a claim for which relief may be granted.

### SECOND SEPARATE DEFENSE

The plaintiff's alleged injuries and damages were caused by a third person or an entity over whom General Motors exercised no control and for whom it bears no responsibility.

### THIRD SEPARATE DEFENSE

The plaintiff's claim is barred, in whole or in part, because the plaintiff proximately caused his alleged injuries and/or losses by his own comparative negligence.

### FOURTH SEPARATE DEFENSE

If the vehicle or any of its component parts were a hazard (which General Motors categorically denies), then the plaintiff was aware of the hazard and the risk created by it, nonetheless unreasonably proceeded to use the vehicle, and by that unreasonable conduct proximately caused his own alleged injuries and losses.

### FIFTH SEPARATE DEFENSE

The plaintiff failed to give notice of his claim thereby prejudicing the defendant.

**WHEREFORE**, General Motors Corporation hereby requests that this court enter judgment in its favor, and award it costs and fees associated with the defense of this matter.

## JURY CLAIM

General Motors Corporation hereby requests a trial by jury on all matters.

                                        Respectfully submitted,
                                        **GENERAL MOTORS CORPORATION**
                                        By its attorneys

                                        _____
                                        Richard P. Campbell, BBO #071600
                                        Steven M. Key, BBO #638145
                                        Campbell Campbell Edwards & Conroy,
                                        Professional Corporation
                                        One Constitution Plaza
                                        Boston, MA  02129
                                        (617) 241-3000

Dated: