CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION



ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

STEVEN M. KEY
(617) 241-3014

FILED

2004 JUL 12 P 3:7

U.S. DISTRICT COURT
DISTRICT OF MASS

July 8, 2004

VIA HAND DELIVERY
Civil Clerk's Office
Barnstable District Court
Main Street, Rt. 6A
P.O. Box 427
Barnstable, MA  02630

Re:    *Viola v. General Motors Corporation*
       Barnstable Civil Action No.

Dear Sir or Madam:

       In accordance with 28 U.S.C. §1446(d), I am delivering to you a copy of the Notice of Removal filed in the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. §1446(a).  Pursuant to §1446(d) the proceedings in this court shall cease unless the matter is remanded by the U.S. District Court.

       Would you please provide this office with certified or attested to copies of all records and proceedings filed in this case, including the attached Notice of Removal.

       Thank you for your attention to this matter.

                                        Very truly yours,

                                        Steven M. Key

SMK:
Encl.
Cc:    Richard P. Campbell

A TRUE COPY, ATTEST:

CLERK



RECEIVED
JUL  9 2004
By

CONNECTICUT  •  MAINE  •  MASSACHUSETTS  •  NEW HAMPSHIRE  •  NEW JERSEY  •  PENNSYLVANIA  •  RHODE ISLAND