UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARTHUR VIOLA,<br>    Plaintiff,<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br>    Defendant. | CIVIL ACTION NO. |

### AMENDMENT TO DEFENDANT'S
### LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, General Motors Corporation makes the following corporate statement:

General Motors has no parent corporation and State Street Bank & Trust Company owns more than 10% of General Motors Corporation's stock.

                        Respectfully submitted,
                        **GENERAL MOTORS CORPORATION**
                        By its Attorneys,

                        Richard P. Campbell, BBO #071600
                        Steven M. Key, BBO #638145
                        Campbell Campbell Edwards & Conroy,
                        Professional Corporation
                        One Constitution Plaza
                        Boston, MA 02129
                        (617) 241-3000

Dated: August 9, 2004

### CERTIFICATE OF SERVICE

I, Steven M. Key, hereby certify that I have served a true copy of the above document by first class mail, postage prepaid, to John C. Manoog, III, at his office located at 450 South Street, Hyannis, MA 02601 this 9th day of August, 2004.

                        Steven M. Key