UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Arthur Viola,

        Plaintiff,                          CIVIL ACTION
                                                  NO. 04-11523-PBS

    v.

General Motors Corp.,

        Defendant.

## PRETRIAL ORDER

SARIS, D.J.                                                     September 14, 2004

The above action has been set down for a JURY TRIAL on 4/3/06, at 9:00 a.m.

A FINAL PRETRIAL CONFERENCE has been scheduled for 3/27/06, at 2:00 p.m..

By 2/27/06, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

Objections to the pretrial disclosures shall be served and filed by 3/13/06.

By 3/20/06, the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d). Counsel are required to confer fifteen days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

By 3/13/06, the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

By 3/20/06, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

---

[1]Exhibits shall be premarked with <u>one</u> set of exhibit numbers.  There should be no duplicative exhibit numbers.  For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc...  Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2]It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

Trial briefs shall be filed/served by 3/27/06.

By the Court,

  /s/ Robert C. Alba  
Deputy Clerk