UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ARTHUR VIOLA
Plaintiff,

       V.                                            Civil Action Number
                                                             04-11523-PBS

G.M.C.
Defendant.                                                       September 14, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 3/31/05

Plaintiff's expert designation deadline: 6/15/05

Defendant's expert designation deadline: 7/15/05

Expert discovery deadline: 9/15/05

Summary Judgment Motion filing deadline: 11/15/05

Opposition to Summary Judgment Motions: 11/30/05

Hearing on Summary Judgment or Pretrial Conference: 12/13/05 at 2:00 p.m.

Final Pretrial Conference: 3/27/06 at 2:00 p.m.

Jury Trial: 4/3/06 at 9:00 a.m.

Case to be referred to Mediation program: Spring, 2005

                                                                      By the Court,

                                                                       /s/ Robert C. Alba

Deputy Clerk