UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARTHUR VIOLA,<br>        Plaintiff,<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br>        Defendant. | )<br>)<br>)<br>) CIVIL ACTION NO. 04-11523 (PBS)<br>)<br>)<br>)<br>) |

**PROPOSED JOINT STATEMENT**

A.     Discovery Plan

     1. Written Discovery

         a. Interrogatories

            i.      The parties shall be limited to 30 written interrogatories.

            ii.      Interrogatories may be presented any at any time up to the end of discovery.

            iii.     Each party shall present their answer to each interrogatory in writing to all parties signed either by notary or under the pains and penalties of perjury within 45 days after receipt of the interrogatories unless additional time is requested and granted.

            iv.     Should a party seek to present more than 30 interrogatories upon another party they shall first seek the approval of all other parties before making the submission. If any party objects to the submission of more than 30 interrogatories, the requesting party must seek leave of court to submit further interrogatories.

b. Request for Documents

   i. The parties shall be limited to 30 requests for documents.

   ii. Requests for Documents may be presented any at any time up to the end of discovery.

   iii. Responses to Requests for Documents must be presented within 30 days after receipt of the request.

   iv. Should a party seek to present more than 30 requests upon another party they shall first seek the approval of all other parties before making the submission. If any party objects to the submission of more than 30 requests, the requesting party must seek leave of court to submit further requests.

c. Timing

   All written discovery shall be served no later than March 31, 2005.

d. Disputes

   i. Should there be a dispute regarding any of the written submissions the parties shall confer and discuss their dispute prior to seeking the assistance of the court.

   ii. If the parties cannot agree on the disputed issue(s) the aggrieved party can seek to compel a response with the court. The motion to compel shall have attached a certificate indicating that the parties have conferred regarding the dispute and have not been able to resolve their differences.

2. Depositions

   a. Although it is anticipated that there should be only 6 depositions taken in this matter including expert witnesses at this time, the parties shall be limited to taking no more than 10 depositions each without leave of court.

   b. All depositions, excluding depositions of expert witnesses, shall be completed by April 30, 2005.

3. Expert Witnesses

   a. The plaintiff shall make expert disclosures by June 15, 2005.

   b. The defendant shall make expert disclosures by July 15, 2005

   c. Deposition of expert witnesses shall be concluded by September 15, 2005.

B. Motions

   1. All Rule 14 motions shall be filed by December 31, 2004

   2. All Rule 12 motions shall be filed by January 31, 2005

   3. All Rule 56 motions shall be filed by November 15, 2005

   4. Prior to filing any motions seeking to compel discovery, the parties shall confer and try to resolve the dispute.

C.   Certifications

The parties will file their respective certifications separate from this document.

| | |
|---|---|
| Respectfully submitted<br>**ARTHUR VIOLA**<br>By his attorneys:<br><br>_____<br>John C. Manoog, III, BBO #<br>Law Offices of John C. Manoog, III<br>450 South Street<br>Hyannis, MA 02601<br>(508) 775-0088 | Respectfully submitted<br>**GENERAL MOTORS CORPORATION**<br>By its attorneys<br><br>_____<br>Richard P. Campbell, BBO #071600<br>Steven M. Key, BBO #628145<br>Campbell Campbell Edwards & Conroy,<br>Professional Corporation<br>One Constitution Plaza<br>Boston, Massachusetts 02129<br>(617) 241-3000 |