UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARTHUR VIOLA,<br>      Plaintiff,<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br>      Defendant. | )<br>)<br>)<br>) CIVIL ACTION NO. 04-11523 (PBS)<br>)<br>)<br>)<br>) |

## SUGGESTION OF DEATH

Based upon discussions with named plaintiff's counsel and information received from the Social Security Administration Death Index attached as Exhibit A, it is understood that the plaintiff named in the above captioned matter is now deceased.

Respectfully submitted
**GENERAL MOTORS CORPORATION**
By its attorneys

_____
Richard P. Campbell, BBO #071600
Steven M. Key, BBO #638145
Campbell Campbell Edwards & Conroy,
Professional Corporation
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I Steven M. Key hereby certify that the above *Suggestion of Death* was mailed, postage prepaid, this 4th day of November, 2004, to John C. Manoog, III, Law Offices of John C. Manoog, III, 450 South Street, Hyannis, MA 02601.

_____
Steven M. Key