**DEATH RECORD**

| | |
|---|---|
| Information Current Through: | 10/29/2004 |
| Database Last Updated: | 10/30/2004 |
| Updated Frequency: | Weekly |
| Current Date: | 11/03/2004 |
| Source: | Social Security Administration Death Index |
| Name: | ARTHUR V **VIOLA** |
| SSN: | **024-26**-XXXX |
| State Where SSN Issued: | Massachusetts |
| Date of Birth: | 10/14/1936 |
| Date of Death: | 04/26/2003 |
| Age at Death: | 66 |
| Verification of Death: | 'V' Report verified with a family member or someone acting on behalf of the family |
| Last Residence: | CONCORD, NH 03302 |

TO ORDER ORIGINAL FILINGS OR OTHER RELATED DOCUMENTS,
CALL WEST DOCUMENT RETRIEVAL AT 1-877-DOC-RETR (1-877-362-7387).
ADDITIONAL CHARGES APPLY.

END OF DOCUMENT

```
                    Information Current Through:09-30-2004
                    Database Last Updated:10-14-2004
                    Updated Frequency:Monthly
                    Current Date:11/03/2004
                    Source: Trans Union
```

**Individual Information**

```
                    Name: VIOLA, ARTHUR V
                    SSN: 024-26-XXXX
                    Date of Birth: 10/1936
                    On File Since: 11/01/1975
                    Phone: 222-2222
```
**Current Address Information**

```
                    Current Address: PO BOX 4242
                    CONCORD, NH 03302-4242
                    Address Last Reported: 08/01/1999
```

**Previous or Additional Address Information**

```
                    Previous Address: PO BOX 223
                    YARMOUTH PORT, MA 02675-0223
                    Address Last Reported: 07/19/2001

                    Previous Address: PO BOX 222
                    CONCORD, NH 03302-0222
                    Address Last Reported: 07/19/2001

                    Previous Address: 70 RIVER RD
                    BOSCAWEN, NH 03303-2101
                    Address Last Reported: 11/13/2000

                    Previous Address: PO BOX 1955
                    HYANNIS, MA 02601-6955
                    Address Last Reported: 10/01/1997

                    Notes: DECEASED Search for Social Security
                    Administration death record
END OF DOCUMENT
```