# THE LAW OFFICES
## —— of ——
# JOHN C. MANOOG III

*Please direct all correspondence to the Hyannis office.*

**Hyannis Office**
450 South Street
Hyannis, MA 02601
Phone: (508) 775-0088
Fax: (508) 775-0176

**Plymouth Office**
18 Main St. Ext., Suite 201
Plymouth, MA 02360
Phone: (508) 747-9888
Fax: (508)746-0668

November 30, 2004

Ms. Christine Patch
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**RE:  Viola v. General Motors Corporation**
      **Case Number: 1:04-CV-11523**

Dear Ms. Patch:

This letter is sent in response to the Notice of Electronic Filing entered on November 10, 2004. At the present time, counsel for the Plaintiff has filed the necessary paperwork to probate the Estate of Arthur Viola, with his wife, Cathryn Viola, as Voluntary Executrix. In addition, the parties have negotiated a settlement with respect to this matter. Once the probate is complete, the Plaintiff will move to amend the complaint to name Cathryn Viola, as Administrator of the Estate as the Plaintiff. At that time, the Plaintiff will forward a release and stipulation of Dismissal to be filed upon receipt of the settlement proceeds.

If you have any questions or need any further information, please feel free to contact me.

Sincerely,

John C. Manoog III
JCM/ct

cc:  Richard P. Campbell, Esq.
     Steven M. Key, Esq.