UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARTHUR VIOLA,<br>Plaintiff<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br>Defendant | Civil Action No.: 04-11423 (PBS) |

## MOTION TO AMEND COMPLAINT

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, counsel for the Plaintiff respectfully moves to amend the Complaint in the above-entitled matter to change the identity of the Plaintiff to Cathryn Viola, as Executrix of the Estate of Arthur Viola. As grounds for this Motion, following the filing of the Complaint in this matter, counsel for the Plaintiff learned that the Plaintiff was deceased. On or about November 4, 2004, counsel for the Defendant filed a Suggestion of Death of the Plaintiff, Arthur Viola. On or about December 10, 2004, the Barnstable County Probate and Family Court approved the application of Cathryn Viola to act as Voluntary Executrix of the Estate of Arthur V. Viola. [Exhibit A]. As a result, counsel for the Plaintiff now moves that this Honorable Court substitute Cathryn Viola, as Executrix of the Estate of Arthur V. Viola for Arthur Viola in the above-captioned matter. A copy of the Amended Complaint is attached hereto as Exhibit B.

In addition to the above, pursuant to Rule 15(c) of the Federal Rules of Civil Procedure, the Plaintiff respectfully requests that this Honorable Court order that the amendment relate back to the filing of the original pleading. In support of this request, counsel for the Plaintiff respectfully states that the claim in the amended pleading is the same as that attempted to be set

forth in the original pleading. In addition, counsel for the Parties have negotiated a settlement with respect to this matter and the amendment of the Complaint is necessary in order to complete the settlement. In the event that this Honorable Court allows the Motion to Amend Complaint, counsel for the Plaintiff will forward a release and stipulation of Dismissal to be filed upon receipt of the settlement proceeds. Further, counsel for the Defendant does not oppose this Motion.

WHEREFORE, counsel for the Plaintiff respectfully requests that this Honorable Court, allow the Motion to Amend Complaint.

Respectfully submitted,
Plaintiff
By his attorney,

_____
John C. Manooog III
The Law Offices of John C. Manoog III
450 South Street
Hyannis, MA 02601
(508)775-0088
B.B.O.# 567481

## CERTIFICATE OF SERVICE

I, John C. Manoog III, attorney for the Plaintiff, hereby certify that I have served the foregoing Motion to Amend Complaint and Amended Complaint, by mailing the same, postage prepaid, to Steven M. Key and Richard P. Campbell, Campbell Campbell Edwards & Conroy, One Constitution Plaza, Third Floor, Boston, MA 02129.

Date: 12\23\04

John C. Manoog III