UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHRYN VIOLA, as Executrix of the ESTATE OF ARTHUR VIOLA,<br>Plaintiff<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br>Defendant | Civil Action No.: 04-11523(PBS) |

## AMENDED COMPLAINT

### Parties

1. The Plaintiff, Cathryn Viola, has a principal residence of 10 Ormand Street, P.O. Box 4242, Concord, New Hampshire.

2. On or about December 10, 2004, the Plaintiff, Cathryn Viola, was named Executrix of the Estate of Arthur Viola.

3. The Defendant, General Motors Corporation, is a foreign corporation with a principal business address of 300 Renaissance Center, Detroit, Michigan.

4. The Defendant, General Motors Corporation, is registered to do business in the Commonwealth of Massachusetts.

### Statement of Facts

5. Paragraphs 1 through 4 are realleged and are incorporated herein by reference.

6. On or about June 22, 2001, Arthur Viola, was operating his motor vehicle Eastbound on Route 6A in Dennis, Massachusetts.

7. Arthur Viola's motor vehicle, a 2000 Chevrolet C150 pickup truck, was manufactured by the Defendant, General Motors Corporation.

8. As Mr. Viola proceeded Eastbound, he suffered a diabetic reaction, at which point he lost control of the operation of his motor vehicle.

9. As a result, Mr. Viola's vehicle veered off the right shoulder of the road, rolled several times and struck a utility pole with great force.

10. At the time of the collision, Mr. Viola's vehicle was equipped with a Supplemental Inflatable Restraint (hereinafter referred to as "SIR") system.

11. Despite the severity of the impact, Mr. Viola's vehicle's SIR system failed to immediately deploy the air bags at the time of impact, or at any time thereafter.

12. As a result of the failure of the air bags to deploy, Arthur Viola, sustained serious personal injuries, a period of disability, underwent substantial medical treatment, incurred medical expenses and experienced pain and suffering.

### Count I - Negligence
**(Cathryn Viola, as Executrix of the Estate of Arthur Viola v. General Motors Corporation)**

13. Paragraphs 1 through 12 are realleged and are incorporated herein by reference.

14. On or about June 22, 2001, Arthur Viola, was operating his motor vehicle Eastbound on Route 6A in Dennis, Massachusetts.

15. Arthur Viola's motor vehicle, a 2000 Chevrolet C150 pickup truck, was manufactured by the Defendant, General Motors Corporation.

16. As Mr. Viola proceeded Eastbound, he suffered a diabetic reaction, at which point he lost control of the operation of his motor vehicle.

17. As a result, Mr. Viola's vehicle veered off the right shoulder of the road, rolled several times and struck a utility pole with great force.

18. As a result of the Defendant, General Motors Corporation's negligence, Mr. Viola's vehicle's SIR system failed to immediately deploy the air bags at the time of impact, or at any time thereafter.

19. As a result of the Defendant, General Motors Corporation's negligence, Arthur Viola sustained serious personal injuries, a period of disability, underwent medical treatment, incurred medical expenses and experienced pain and suffering.

WHEREFORE, the Plaintiff, Cathryn Viola, as Executrix of the Estate of Arthur Viola respectfully requests that this Honorable Court:

1. Enter judgment in favor of the Plaintiff and against the Defendant, General Motors Corporation

2. Award the Plaintiff damages;

3. Award the Plaintiff interest and costs of this action;

4.   Order such other relief as this Honorable Court deems just and appropriate.

**PLAINTIFF DEMANDS A TRIAL BY JURY**

                Respectfully submitted,
                Cathryn Viola, as Executrix of the
                Estate of Arthur Viola
                By her attorney,

                _____
                John C. Manoog III
                The Law Offices of John C. Manoog III
                450 South Street
                Hyannis, MA 02601
                (508)775-0088
                B.B.O.# 567481

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARTHUR VIOLA,<br> Plaintiff<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br> Defendant | )<br>)<br>)<br>)<br>)   Civil Action No.: 04-11423 (PBS)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF COMPLIANCE

In accordance with Rule 7.1 of the Local Rules of the District of Massachusetts, I, John C. Manoog III, hereby certify that I have conferred in good faith with counsel for the Defendant regarding the Plaintiff's Motion to Amend Complaint.

Respectfully submitted,

_____
John C. Manoog III
The Law Offices of John C. Manoog III
450 South Street
Hyannis, MA 02601
(508)775-0088
B.B.O.# 567481

**Commonwealth of Massachusetts**
**The Trial Court**
**Probate and Family Court Department**

Barnstable Division

Docket No. 04P1772VE-1

## Voluntary Executor/Executrix

Name of Decedent: Arthur V. Viola
Domicile at Death: 41 Stoney Point Road (Street and No.), Cummaquid (City or Town), Barnstable (County), MA 02637 (Zip)
Date of Death: April 26, 2003

**Will and Death Certificate shall be filed with application.**

Name and address of Applicant(s): Cathryn Viola, 10 Ormand St., P.O. Box 4242, Concord, NH 03302
Status: surviving spouse-named executrix

Your Applicant(s) respectfully state(s) that said estate consisting entirely of personal property the total value of which does not exceed fifteen thousand dollars ($15,000) exclusive of the decedent's automobile as shown by the following schedule of all the assets of said deceased known to the applicant(s):

| Name of Property | Estimated Value |
|---|---|
| Legal Action Proceeds | $15,000.00 |
| | $ |
| | $ |
| | $ |
| | $ |
| **Total** | **$15,000.00** |

That thirty days have expired since the date of death of said deceased and no petition for probate of will or appointment of administration/administratrix has been filed in said Court.

That your applicant(s) ha s undertaken to act as voluntary executor/executrix of the estate of said deceased and will administer the same according to law and apply the proceeds thereof in conformity with Section 16A of Chapter 195 of the General Laws.

That to the knowledge of the applicant(s) the following are the names and addresses of all persons surviving who, with the deceased, were joint owners of property; also listed are the names and addresses of those who would take under the provisions of Section 3 of Chapter 190 in the case of intestacy, and the names and addresses of those who would take under the provisions of the will.

Cathryn Viola, 10 Ormand St., P.O. Box 4242, Concord, NH 03302
Leann Viola, 10 Ormand St., P.O. Box 2612, Concord, NH
Peter A. Viola, 1806 Hoquiam Place Northeast, Renton, WA 98059

[X] The applicant(s) hereby certifies that a copy of this document, along with a copy of the decedent's death certificate has been sent by certified mail to the **Department of Public Welfare, P.O. Box 15205 Worcester, Massachusetts 01615-9906.**

Date: 11/17/04     Signature: _Cathryn Viola_

### NOTARIZATION

Barnstable ss    Date November 18, 2004

Then personally appeared Cathryn Viola to me known and made oath that the information contained in the foregoing statement is true to the best of his/her/their knowledge and belief.

Before me, Debby Rebello
NOTARY PUBLIC/JUSTICE OF THE PEACE

My Commission expires 5/7/2010

CJ-P7A (4/00)
c.g.f.

*Commonwealth of Massachusetts*
*The Trial Court*
*Probate and Family Court*

Barnstable, ss.                                    Docket Number  04P1772VE-1

I, Frederic P. Claussen, Register of Probate for said County of Barnstable, hereby certify that __CATHRYN VIOLA__ of __Concord__, __New Hamshire__ in the ~~County~~/State of has complied with the statutory requirements of Section 16A of Chapter 195 of the Massachusetts General Laws, Administration of small estates where executor named in will; voluntary executors.

In accordance with Section 16A of Chapter 195 of the Massachusetts General Laws, said voluntary executor/executrix shall be deemed to be the legal representative of the estate of __ARTHUR V. VIOLA__, late of __Barnstable (Cummaquid)__ in the County of Barnstable, and as such legal representative may receive any asset as shown in the schedule of personal property as listed on the Voluntary ~~Executor~~/Executrix Statement. Said voluntary ~~executor~~/executrix may sell any such assets so received and negotiate or assign same.

I further certify that thirty days have expired since the date of death of said deceased and that no petition for probate of will or petition for administration with the will annexed has been filed in said Court.

In witness whereof, I have hereunto set my hand and affixed the seal of said Court, this __10th__ day of __December__ in the year of our Lord two thousand and four

_____, Register.